No. 81–2302. GIACOBBE *v.* ANDREWS ET AL. Affirmed on appeal from C. A. 2d Cir.

No. 81–2385. KING, GOVERNOR OF NEW MEXICO, ET AL. *v.* SANCHEZ ET AL. Affirmed on appeal from D. C. N. M.

No. 82–39. HISPANIC COALITION ON REAPPORTIONMENT ET AL. *v.* LEGISLATIVE REAPPORTIONMENT COMMISSION ET AL. Affirmed on appeal from D. C. E. D. Pa.

No. 82–55. CITY OF WEST HELENA, ARKANSAS, ET AL. *v.* PERKINS ET AL. Affirmed on appeal from C. A. 8th Cir. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 81–2019. COUNTY OF ARLINGTON, VIRGINIA *v.* UNITED STATES ET AL. Appeal from C. A. 4th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would affirm the judgment.

No. 81–2077. THOMPSON *v.* INDIANA. Appeal from Ct. App. Ind. dismissed for want of substantial federal question.

No. 81–2176. FISHER *v.* ANDERSON. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.